Form G-4

# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) __David A. Segobiano and Joanna L. White__   Case No. __19-11110__   Chapter __13__

All Cases: Moving Creditor __Capital One Auto Finance, a division of Capital One, N__   Date Case Filed __April 17, 2019__

Nature of Relief Sought: ☑ Lift Stay   ☐ Annul Stay   ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed __July 15, 2019__

Chapter 7: ☐ No-Asset Report Filed on _____
   ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☐ Home
   b. ☑ Car   Year, Make, and Model __2008 HONDA Odyssey-V6 Wagon 5D Touring DVD Nav__
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date   $ __6,082.78__
   Total of all other Liens against Collateral $ _____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)   $ __7,675.00__

5. Default
   a. ☐ Pre-Petition Default
      Number of months __0.000__   Amount $ __0.00__

   b. ☑ Post-Petition Default
      i. ☑ On direct payments to the moving creditor
         Number of months __3.000__   Amount $ __1,034.64__

      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months ____   Amount $ _____

6. Other Allegations
   a. ☑ Lack of Adequate Protection § 362(d)(1)
      i. ☑ No insurance
      ii. ☐ Taxes unpaid   Amount $ _____
      iii. ☑ Rapidly depreciating asset
      iv. ☐ Other (describe) _____

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) _____
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: __September 01, 2020__   __/s/ Jennifer Rinn__
   Counsel for Movant

(Rev. 12 /21/09)