UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   19-11110 |
| DAVID A. SEGOBIANO AND | ) | |
| JOANNA L. WHITE, | ) | Chapter:  13 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER GRANTING LEAVE TO INCUR ADDITIONAL DEBT AND SHORTEN NOTICE

THIS MATTER coming to be heard on the motion of Debtors, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED:

1)  The Debtors are granted leave to obtain financing in the amount of $27,800.00 at 15.5% APR with monthly payments of $600.00 for the purchase of a 2019 Kia Optima, or similar vehicle.

2)  That the leave to shorten notice is granted.

Enter:   _David D. Cleary_

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  May 17, 2021

**Prepared by:**

Christine H. Clar, ARDC #6202332
Attorney for the Debtors
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100
davidsiegelbk@gmail.com